UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 29 GREENWOOD, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 23-10800-FDS |
| ) | |
| MAYOR RUTHANNE FULLER, DOUG ) | |
| CORNELIUS, PETER DIMOND, KATY ) | |
| HAX HOLMES, JOHN LOJEK, ANTHONY ) | |
| CICCARIELLO, NEWTON HISTORICAL ) | |
| COMMISSION, and CITY OF NEWTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON *PULLMAN* ABSTENTION

**SAYLOR, C.J.**

On February 4, 2025, the United States Court of Appeals for the First Circuit rendered its decision on plaintiff's appeal of the Court's grant of defendant's motion to dismiss. The First Circuit vacated the Court's dismissal and remanded with instructions to enter a stay under *R.R. Comm'n v. Pullman Co.*, 312 U.S. 496 (1941).

In accordance with the decision of the Court of Appeals, the Court hereby STAYS the case pending a ruling by the Massachusetts state courts on the Commission's actions under state law.

**So Ordered.**

Dated: April 1, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court